~~AO 450 (Rev. 5/85) Judgment in a Civil Case~~

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

JAMES J. TURNER, JR.,

      Petitioner,           JUDGMENT IN A CIVIL CASE
V.

                           CASE NUMBER:  **3:09-CV-00670-LRH-VPC**

E.K. McDANIEL, et al.,

      Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** this action is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

  December 29, 2009           **LANCE S. WILSON**
                                             Clerk

                                         /s/ D. R. Morgan
                                         Deputy Clerk